# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Raymond and Tracie Hogrefe, | ) | |
|---|---|---|
| | ) | **ORDER FOR STATUS** |
| Plaintiffs, | ) | **CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jeffrey, Inc., d/b/a North Shore Inn and Suites, et. al., | ) | |
| | ) | |
| | ) | Case No. 1:18-cv-249 |
| Defendants. | ) | |

A status conference will be held before the magistrate judge on August 7, 2019, at 9:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 2nd day of May, 2019.

>　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
>　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
>　　　　　　　　　　　　United States District Court