**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Raymond and Tracie Hogrefe, | ) |
| Plaintiffs, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| Jeffrey, Inc. d/b/a North Shore Inn and Suites, Garrison Lumber, Inc.; J M Contracting, LLC, Arlo Weishaar and Velma Weishaar d/b/a Weishaar Concrete Construction, Rod Baker Construction, Baker Construction, LLC d/b/a Baker Construction and Farroh Roof Truss Co., | ) Case 1:18-cv-249 |
| Defendants. | ) |

The court shall hold a status conference in the above-entitled action on September 11, 2020, at 9:00 a.m. by telephone. To participate in the status conference, the parties should dial (877) 810-9415 and enter access code 8992591.

**IT IS SO ORDERED.**

Dated this 9th day of September, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court