# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Raymond and Tracie Hogrefe, )<br>)<br>　　　　Plaintiffs, )<br>)<br>　vs. )<br>)<br>Jeffrey, Inc. d/b/a North Shore Inn and )<br>Suites, Garrison Lumber, Inc.; J M )<br>Contracting, LLC, Arlo Weishaar and )<br>Velma Weishaar d/b/a Weishaar )<br>Concrete Construction, Rod Baker )<br>Construction, Baker Construction, LLC )<br>d/b/a Baker Construction and Farroh )<br>Roof Truss Co., )<br>)<br>　　　　Defendants. ) | **ORDER**<br><br><br><br><br><br><br><br><br>Case 1:18-cv-249 |

On May 2, 2019, the court issued an order scheduling a final pretrial conference for January 11, 2021. (Doc. No. 35). In anticipation that the current pandemic will necessitate a continuance of trial, the final trial conference is cancelled pending further order of the court. In the interim, all deadlines contained in the May 2, 2019, order shall be suspended.

**IT IS SO ORDERED.**

Dated this 23rd day of November, 2020.

　　　　　　　　　　　　　　　　　　　*/s/ Clare R. Hochhalter*
　　　　　　　　　　　　　　　　　　　Clare R. Hochhalter, Magistrate Judge
　　　　　　　　　　　　　　　　　　　United States District Court